IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| upon the relation and for the use of the ) | | |
| TENNESSEE VALLEY AUTHORITY, ) | | |
|    Plaintiff, ) | | |
| ) | | |
| v. ) | 3:11-cv-0312 | |
| ) | | |
| AN EASEMENT AND RIGHT-OF-WAY ) | | |
| OVER 0.06 ACRE OF LAND, MORE OR LESS, ) | | |
| IN SUMNER COUNTY, TENNESSEE, ) | | |
| ) | | |
| BEN FERRELL KIRSCH, CITIZENS BANK, and ) | | |
| BETTY LOU TAYLOR ) | | |
|    Defendants. ) | | |

## ORDER

Commissioner Chairman William Farmer having resigned and Doug Berry having recently been appointed as a Land Commissioner, the Court hereby amends the Order Appointing Commissioners, Document #5, as follows: Jack Derryberry, Chairman, Dr. Horace Johns and Doug Berry are appointed to serve as Commissioners.

IT IS SO ORDERED.

_____
THOMAS A. WISEMAN, JR.,
Senior U.S. District Judge